UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC DRAKE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. 2:14-MC-474 |
| | § | |
| NAVISTAR INTERNATIONAL | § | |
| CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING LAWSUIT

On April 15, 2014, Plaintiff filed an application for leave to proceed *in forma pauperis* in a lawsuit he filed against the named Defendants (D.E. 1). The Magistrate Judge scheduled a hearing for Wednesday, May 7, 2014, at 3:00 p.m. On May 5, 2014, Plaintiff filed his motion for a non-suit (D.E. 3).

Accordingly, Plaintiff's application for leave to proceed *in forma pauperis* is denied without prejudice, and his lawsuit is dismissed without prejudice on Plaintiff's motion.

ORDERED this 8th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE